IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ROSE SALAIZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. EP-25-CV-125-KC |
| § | |
| STREAMLINE PROTECTION § | |
| GROUP, LLC and INTEGRITY § | |
| ADMIN GROUP, INC., § | |
| § | |
| Defendants. § | |

## SHOW CAUSE ORDER

On this day, the Court considered the case. The Court previously granted in part Defendants' Counsel Adam Jason Sabrin's Motion for Admission Pro Hac Vice. May 16, 2025, Order 1–2, ECF No. 9. Because Mr. Sabrin had appeared pro hac vice before this Court previously, and pursuant to the Court's January 6, 2014, Standing Order regarding Pro Hac Vice Fees,[1] the Court ordered Mr. Sabrin to apply for full admission by June 16, 2025. *Id.* This deadline has passed, and Mr. Sabrin has not applied for admission.

Accordingly, the Court **ORDERS** that Mr. Sabrin shall **SHOW CAUSE**, by **no later than July 7, 2025**, why he should not be removed as counsel of record for Defendants for failing to apply for admission as ordered. **Failure to show good cause will result in Mr. Sabrin's removal from this case.**

---

[1] The Court's Order re: Pro Hac Vice Fees may be found at https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/District/Order%20Regarding%20Pro%20Hac%20Vice%20Fees.pdf. Local Court Rule AT-1 may be found at https://www.txwd.uscourts.gov/court-information/lcr-attorney-rules/index.html.

**SO ORDERED**.

**SIGNED this 30th day of June, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2