IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ROSE SALAIZ, § § | |
| Plaintiff, § § | |
| v. § | CAUSE NO. EP-25-CV-125-KC |
| § § | |
| STREAMLINE PROTECTION § GROUP, LLC and INTEGRITY § ADMIN GROUP, INC., § § | |
| Defendants. § | |

**ORDER**

On this day, the Court considered the parties Stipulation to Dismiss with Prejudice, ECF No. 17. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the claims of any putative class members, which have not been certified, are **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 23(e).

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 12th day of November, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE